

# NUMBER 13-21-00121-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF HOUSTON,
SYLVESTER TURNER, MAYOR,
AND CAROL HADDOCK,
DIRECTOR OF PUBLIC WORKS,

Appellants,

v.

MYRIAD APARTMENTS ASSOCIATES
D/B/A MYRIAD APARTMENTS,                                     Appellee.

## On appeal from the 80th District Court
## of Harris County, Texas.

# ORDER OF ABATEMENT

## Before Chief Justice Contreras and Justices Benavides and Silva
## Order Per Curiam

The case is before the Court on a joint motion to abate the appeal to allow the parties the opportunity to engage in ongoing settlement negotiations.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the joint motion to abate the appeal pending settlement should be granted. The joint motion to abate the appeal pending settlement is GRANTED.

The Court directs appellants to file, on or before September 15, 2021, either (1) a motion to reinstate the appeal, accompanied by appellants' brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed on the
21st day of June, 2021.

2